**TYSON & MENDES LLP**
GRIFFITH HAYES
Nevada Bar No. 7374
RICHARD VERLANDER
Nevada Bar No. 12887
Emails: ghayes@tysonmendes.com
rverlander@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendants*
*CENTENNIAL-HY, LLC d/b/a CENTENNIAL HYUNDAI*
*LITHIA MOTORS, INC., ALLY FINANCIAL, INC.,*
*AND ALLY BANK*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MADDYX VALENZUELA, individually, and MADISON WILLGING, individually,

Plaintiff,

v.

CENTENNIAL-HY, LLC d/b/a CENTENNIAL HYUNDAI, a Nevada limited liability company, LITHIA MOTORS, INC., ALLY FINANCIAL, INC., a foreign corporation; ALLY BANK, a foreign corporation, and ROE, CORPORATIONS I - V, inclusive, and DOES I through V

Defendants.

Case No.: 2:26-cv-01864-APG-NJK

**STIPULATION AND ORDER FOR DIMISSAL WITHOUT PREJUDICE OF DEFENDANT LITHIA MOTORS, INC.**

Plaintiffs MADDYX VALENZUELA and MADISON WILLGING, and Defendant LITHIA MOTORS, INC., by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims asserted by Plaintiffs against Defendant LITHIA MOTORS, INC. are dismissed **without prejudice**, with each side to bear its own attorneys' fees and costs.

…

…

…

This stipulation affects only Defendant LITHIA MOTORS, INC. All claims against the remaining defendants shall remain pending.

Dated this 20th day of July, 2026.

**TYSON & MENDES LLP**

*/s/ Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
RICHARD VERLANDER
Nevada Bar No. 12887
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendants*

Dated this 20th day of July, 2026.

**LAW OFFICE OF DAVID SAMPSON**

/s/ Amanda Nalder
DAVID F. SAMPSON
Nevada Bar No.6811
AMANDA NALDER
Nevada Bar No. 16733
630 South Third Street
Las Vegas, NV 89101
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED: July 21, 2026

UNITED STATES DISTRICT JUDGE